IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00917-PAB-KLM

FRONTIER AIRLINES, INC.,

    Plaintiff,

v.

JETTCARE AIRCRAFT MAINTENANCE, INC.,
JETT PRO ATL LINE MAINTENANCE, LLC,
JETT CARE AEROSPACE GROUP, and
JETT PRO LINE MAINTENANCE, INC.,

    Defendant(s).
_____

## MINUTE ORDER
_____
### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on counsel for Plaintiff's **Unopposed Motion for Leave for Counsel to Appear by Telephone at Scheduling/Planning Conference** [Docket No. 28; Filed August 10, 2009] (the "Motion").  Although the Motion was filed less than five days prior to the conference and does not comply with my original Order setting the conference [Docket No. 4], Plaintiff has provided good cause for his request. Accordingly,

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Lead counsel for Plaintiff shall contact Chambers at **(303) 335-2770** on the date and time of the Scheduling Conference to participate.  Other counsel for Plaintiff shall appear in person.

Dated:  August 10, 2009