# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Philip A. Brimmer

Civil Case No. 09-cv-00917-PAB-KLM

FRONTIER AIRLINES, INC.,

    Plaintiff,

v.

JETTCARE AIRCRAFT MAINTENANCE INC.,
JETT PRO ATL LINE MAINTENANCE, LLC,
JETT CARE AEROSPACE GROUP, and
JETT PRO LINE MAINTENANCE, INC.,

    Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulation of Dismissal of Defendants Jettcare Aircraft Maintenance, Inc., Jett Pro ATL Line Maintenance, LLC, Jett Care Aerospace Group, and Jett Pro Line Maintenance, Inc., With Prejudice [Docket No. 44]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED November 18, 2009.

                                                    BY THE COURT:

                                                    s/Philip A. Brimmer
                                                    PHILIP A. BRIMMER
                                                    United States District Judge